A90A1578. HARRIS v. THE STATE.
(410 SE2d 830)

CARLEY, Judge.

In *Harris v. State*, 198 Ga. App. 503 (402 SE2d 62) (1991), we

affirmed the judgment of the lower court. On certiorari, the Supreme Court reversed the judgment of this Court. *Harris v. State*, 261 Ga. 386 (405 SE2d 482) (1991). Accordingly, our prior judgment in this case is vacated, the judgment of the Supreme Court is made the judgment of this Court, and the judgments of conviction that were entered in the instant case are reversed.

*Judgments reversed. Sognier, C. J., and McMurray, P. J., concur.*

DECIDED SEPTEMBER 12, 1991.

*Hudson & Solomon, James D. Hudson*, for appellant.
*Robert B. Ellis, Jr., District Attorney, Timothy L. Eidson, Assistant District Attorney*, for appellee.